**Electronically Filed**
**Supreme Court**
**SCWC-28798**
**05-JUL-2011**
**02:31 PM**

SCWC-28798

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GRACE M. LOPRESTO-NAKAMURA n.k.a. GRACE MARI LOPRESTO,
Respondent/Plaintiff-Appellant/Cross-Appellee

vs.

KENJI NAKAMURA, Petitioner/Defendant-Appellee/Cross-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-D NO. 97-2467)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on May 28, 2011 by Petitioner/Defendant-Appellee/Cross-Appellant Kenji Nakamura is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 5, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Kathy M. Kim, for petitioner/
defendant-appellee/cross-
appellant, on the
application.

---

[1]     Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.